197 So.2d 898

Wanda Virginia WILLIAMSON

v.

AETNA INSURANCE COMPANY et al.

No. 48665.

May 4, 1967.

In re: Miss Wanda Virginia Williamson applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 195 So.2d 763.

Writ refused. No error of law under the facts found by the Court of Appeal.

197 So.2d 898

TRUNKLINE GAS COMPANY

v.

Hab MONSUR et al.

No. 48685.

May 4, 1967.

In re: Trunkline Gas Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 196 So.2d 54.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.